

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2024

August

**VIA ECF & EMAIL**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: <u>*Zync Music Group, LLC, et al. v. Round Hill Music Royalty Fund II, LP;* 24-cv-3664-AT</u>

Dear Judge Torres:

    We are counsel for plaintiffs Zync Music Group, LLC and Zync Music, Inc. ("Plaintiffs" or "Zync") in the above-referenced action. We write jointly with counsel for defendant Round Hill Music Royalty Fund II, LP ("Defendant") pursuant to Section I.C of the Court's Individual Practices in Civil Cases:

(i)      to confirm that Defendant does not object to Plaintiffs' pending request for an extension of the time for Plaintiffs to file an amended complaint [Doc. 38], provided that the case schedule is correspondingly updated;

(ii)      to confirm that the Parties have agreed to adjust the interim discovery deadlines in Paragraph 6 of the current Civil Case Management Plan and Scheduling Order [Doc. 27] (the "Scheduling Order"); and

(iii)      to respectfully request an extension of certain discovery deadlines contained in Paragraphs 5 and 7 of the Scheduling Order.

    With leave from the Court, Defendant filed a motion to dismiss Plaintiff's complaint on August 12, 2024 [Doc. 32].[1] On August 22, 2024, in accordance with Section III.B(iv) of the Court's Individual Practices in Civil Cases, Plaintiffs notified the Court of their intention to file an amended complaint and requested a two-week extension of time to file their amended pleading from September 3, 2024 to September 17, 2024 [Doc. 38]. Plaintiffs' request was the first request for an extension of the time to file an amended pleading, and such request has not yet been granted or denied. Defendant does not object to that extension provided that the discovery dates are adjusted per this letter.

---

[1] Defendant had previously moved to compel appraisal and to stay the action pending that appraisal. That motion has been fully briefed and is pending before the Court. Defendant continues to reserve "its right to request an interim stay of discovery and/or the case" pending that motion, and the parties reserve all rights. [Doc. 35 at 1].

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022
Main: 212-209-3050

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Main: 609-514-1500

**Los Angeles**
530 Wilshire Blvd. Suite 301
Santa Monica, CA 90401
Main: 310-337-2305

www.reitlerlaw.com

Hon. Analisa Torres
August 28, 2024
Page 2

The parties have met and conferred about the case schedule, and in light of the need for additional time for the parties to serve and complete discovery given the anticipated filing of an amended complaint, the parties have agreed to change the "following interim deadlines," pursuant to the Scheduling Order provision permitting the parties to adjust those deadlines "by the written consent of all parties without application to the Court. Scheduling Order ¶ 6.

| Case Event | Current ¶ 6 Deadline | Newly Agreed ¶ 6 Deadline |
|---|---|---|
| Plaintiffs' Filing of Amended Complaint | September 3, 2024 | September 17, 2024 |
| Service of Initial Requests for Production of Documents | August 23, 2024 | October 17, 2024 |
| Service of Interrogatories | August 23, 2024 | October 17, 2024 |
| Service of Requests to Admit | October 22, 2024 | December 16, 2024 |
| Completion of Depositions | November 21, 2024 | January 15, 2025 |

Because these changes would extend discovery beyond the originally scheduled close of fact discovery and expert discovery in Paragraphs 5 and 7 of the Scheduling Order, the parties respectfully request that the Court extend those deadlines as set forth in the below table.

| Case Event | Current ¶¶ 5, 7 Deadlines | Requested ¶¶ 5, 7 Deadlines |
|---|---|---|
| Completion of Fact Discovery | November 21, 2024 | January 15, 2025 |
| Completion of Expert Discovery | January 6, 2025 | March 3, 2025 |

The parties therefore respectfully request that the Court grant the above changes to the dates in Paragraphs 5 and 7 of the Scheduling Order. Plaintiffs also respectfully reiterate their extension request in Doc. 38, to which Defendant does not object, subject to its reservation of rights in footnote 1 and provided that the scheduling changes sought herein are granted. With the exception of Plaintiffs' previously-filed request for an extension of the time for Plaintiffs to file an amended complaint, this is the first request for an extension of these deadlines. We thank the Court for its consideration of the parties' requests.

GRANTED. By **September 17, 2024**, Plaintiffs shall file their amended complaint. By **January 15, 2025**, all fact discovery shall be completed. By **March 3, 2025**, all expert discovery shall be completed.

SO ORDERED.

Dated: August 29, 2024
    New York, New York

_____
ANALISA TORRES
United States District Judge