UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZYNC MUSIC GROUP, LLC,

           Plaintiff,

-against-

ROUND HILL MUSIC ROYALTY FUND II LP,

           Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2024
```

24 Civ. 3664 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the parties' letters dated October 4, October 11, October 15, and October 22, 2024. ECF Nos. 56–58, 61. The existing discovery deadlines are ADJOURNED pending the Court's decision on Defendant's motion to compel appraisal and to stay the action pending appraisal. *See* ECF No. 29. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 56.

    SO ORDERED.

Dated: October 25, 2024
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge