```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/2/2025___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZYNC MUSIC GROUP, LLC,

                Plaintiff,

-against-

ROUND HILL MUSIC ROYALTY FUND II LP,

                Defendant.

24 Civ. 3664 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated November 19, 2024, the Court directed the parties and their appraisers to appoint a third appraiser by December 20, 2024. ECF No. 63 at 10. By order dated December 26, 2024, the Court granted the parties' joint motion to extend the deadline for the appointment of the third appraiser to December 27, 2024. ECF No. 65. By **January 8, 2025**, the parties shall file a joint letter updating the Court as to the status of the third appraiser.

      SO ORDERED.

Dated: January 2, 2025
       New York, New York

                                                  ANALISA TORRES
                                       United States District Judge