

January 7, 2025

**VIA ECF**
Hon. Analisa Torres
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

        RE:    *Zync Music Group, LLC v. Round Hill Music Royalty Fund II LP,*
              *No. 24-cv-3664*

Your Honor:

      We write on behalf of Defendant Round Hill Music Royalty Fund II LP and jointly with counsel for Plaintiff Zync Music Group, LLC to provide a status update pursuant to the Court's Order of January 2, 2025.

      On January 2, 2025, the Court ordered the parties to "file a joint letter updating the Court as to the status of the third appraiser." (ECF 66.) The parties have reached agreement on a third appraiser. Now that the third appraiser has been selected, the parties are working on completing the appraisal process as provided for in the parties' agreement.

      The parties thank the Court for its attention to this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Joshua I. Schiller* | */s/ Brian D. Caplan (with consent)* |
| Joshua I. Schiller | Brian D. Caplan |
| | |
| *Counsel for Defendant Round Hill Music Royalty Fund II LP.* | *Attorney for Plaintiff Zync Music Group, LLC.* |

Copies to: Counsel of Record (via ECF)