UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
ZYNC MUSIC GROUP, LLC,                                      :   Case No. 24-cv-3664-AT
:
                Plaintiff,                            :
:
   -against-                                              :   **STIPULATION OF**
:   **DISMISSAL**
ROUND HILL MUSIC ROYALTY FUND II LP,                        :
:
                Defendant.                            :
------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Zync Music Group, LLC and defendant Round Hill Music Royalty Fund II LP, by their respective undersigned counsel, do hereby stipulate and agree that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs.

Dated:   February 21, 2025

| **REITLER KAILAS & ROSENBLATT LLP** | **BOIES SCHILLER FLEXNER LLP** |
|---|---|
| By: _/s/ Brian D. Caplan_ | By: _/s/ Joshua I. Schiller_ |
| Brian D. Caplan | Joshua I. Schiller |
| Julie B. Wlodinguer | Benjamin Margulis |
| 885 Third Avenue, 20th Floor | David Barillari |
| New York, New York 10022 | 55 Hudson Yards |
| Tel.: (212) 209-3050 | New York, New York 10001 |
| bcaplan@reitlerlaw.com | Tel.: (212) 446-2300 |
| jwlodinguer@reitlerlaw.com | jischiller@bsfllp.com |
|  | bmargulis@bsfllp.com |
|  | dbarillari@bsfllp.com |
| *Attorneys for Plaintiff* |  |
|  | Gina A. Rossman (admitted *pro hac vice*) |
|  | 1401 New York Avenue NW |
|  | Washington DC 20005 |
|  | Tel.: (202) 237-2727 |
|  | grossman@bsfllp.com |
|  | *Attorneys for Defendant* |