USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/24/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ZYNC MUSIC GROUP, LLC,

                Plaintiff,

    -against-

ROUND HILL MUSIC ROYALTY FUND II LP,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 24-cv-3664-AT

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Zync Music Group, LLC and defendant Round Hill Music Royalty Fund II LP, by their respective undersigned counsel, do hereby stipulate and agree that the above-captioned action be and hereby is dismissed with prejudice, with each party to bear its own costs.

Dated: February 21, 2025

| | |
|---|---|
| **REITLER KAILAS & ROSENBLATT LLP** | **BOIES SCHILLER FLEXNER LLP** |
| By: _____<br>Brian D. Caplan<br>Julie B. Wlodinguer<br>885 Third Avenue, 20th Floor<br>New York, New York 10022<br>Tel.: (212) 209-3050<br>bcaplan@reitlerlaw.com<br>jwlodinguer@reitlerlaw.com<br><br>*Attorneys for Plaintiff* | By: _____<br>Joshua I. Schiller<br>Benjamin Margulis<br>David Barillari<br>55 Hudson Yards<br>New York, New York 10001<br>Tel.: (212) 446-2300<br>jischiller@bsfllp.com<br>bmargulis@bsfllp.com<br>dbarillari@bsfllp.com<br><br>Gina A. Rossman (admitted *pro hac vice*)<br>1401 New York Avenue NW<br>Washington DC 20005<br>Tel.: (202) 237-2727<br>grossman@bsfllp.com<br><br>*Attorneys for Defendant* |

SO ORDERED.

Dated: February 24, 2025
       New York, New York

                                              _____
                                              ANALISA TORRES
                                              **United States District Judge**